NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PETER T. HARRELL,

                Plaintiff - Appellant,

   v.

SOUTHERN OREGON UNIVERSITY; et al.,

                Defendants - Appellees.

No. 09-35992

D.C. No. 1:08-cv-03037-CL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Owen M. Panner, District Judge, Presiding

Submitted May 25, 2010[**]
San Francisco, California

Before: CANBY, THOMAS and W. FLETCHER, Circuit Judges.

    Plaintiff-appellant Peter T. Harrell appeals pro se  the district court's denial

of his request for preliminary injunctive relief against defendants-appellees in

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

connection with appellant's complaint for civil rights violations, pursuant to 42 U.S.C. § 1983. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, --- U.S. ----, ----, 129 S. Ct. 365, 374, 172 L. Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc.*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED**.